**FILED**

SEP - 1 2016

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| **Shamia Wilson** et al. | Case No. 5:14-cv-11082 |
| Plaintiffs, | Hon. John Corbett O'Meara |
| v. | Hon. Magistrate Stephanie Dawkins Davis |
| **McDonald's Corporation** et al., | **Order Approving Settlement and Dismissing Case with Prejudice** |
| Defendants. | |

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Pursuant to Plaintiffs Shamia Wilson, Angelo Jackson, and Kwame Gordon and Defendants Ronald Moten, Accell, LLC; Lee Enterprises, Inc.; and MBM Management Inc.'s Joint Motion for Approval of Settlement:

**IT IS HEREBY ORDERED** that the Joint Motion to Approve Settlement be and is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the settlement is **APPROVED**; and

**IT IS FURTHER ORDERED** that this action is dismissed in its entirety with prejudice as to all parties and defendants and without fees or costs, except as provided in the settlement agreement.

Date: September 1, 2016

John Corbett O'Meara
United States District Judge